

# THE THIRTEENTH COURT OF APPEALS

## 13-22-00096-CV

Lloyd Michael Hamilton
v.
ConocoPhillips Co. and Burlington Resources Oil & Gas Co. LP

On Appeal from the
267th District Court of DeWitt County, Texas
Trial Court Cause No. 20-09-25,236

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered. The Court orders the judgment of the trial court AFFIRMED IN PART, and REVERSED and RENDERED IN PART, in accordance with its opinion. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

February 8, 2024